926 A.2d 836

IN THE MATTER OF KATHLEEN D. WARGO,
AN ATTORNEY AT LAW.

July 9, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court, its decision in DRB 06–316, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **KATHLEEN D. WARGO** of **MORRISTOWN**, who was admitted to the bar of this State in 1987, and who has been temporarily suspended from the practice of law since January 19, 2007, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with a client about the status of a matter), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **KATHLEEN D. WARGO** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **KATHLEEN D. WARGO** is censured; and it is further

ORDERED that respondent shall continue to be restrained and enjoined from practicing law, and shall continue to comply with *Rule* 1:20–20 dealing with suspended attorneys pending the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.